TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

\*\*FILED\*\*

*4:14 pm, Oct 09, 2025*

**U.S. DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States

-V-

John Doe

**1:25-cr-00314-JMA-CHK**

**Docket Number**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUBMITTED BY:** ☐ Plaintiff  ☐ Defendant  ☒ DOJ
Name:  Michael W. Gibaldi
Firm Name:  U.S. Attorney's Office - EDNY
Address:  271-A Cadman Plaza East, Brooklyn NY, 11201
Phone Number: 718-254-6067
Email Address: michael.gibaldi@usdoj.gov
Return To:

☒ (Check off only one)
Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only  ☐ ex parte  ☐ attorneys for the applicable party  ☐ case participants

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Indictment and arrest warrants

**A)**  If pursuant to a prior Court Order:
Docket Number: _____
Judge: _____
Date Entered: _____

**B)**  **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

Fed. R. Crim. P. 6(e)(4)

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

_____
U.S. DISTRICT/ MAGISTRATE JUDGE

DATED: BROOKLYN , NEW YORK
RECEIVED IN CLERK'S OFFICE ON
_____

**CERTIFICATION OF SERVICE:** (Check one)
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or
C.) ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

10/9/25
Date

_Signature_