# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America )<br>*Plaintiff* )<br>v. )<br>Aiello et al. )<br>*Defendant* ) | Case No. 1:25-cr-00314-RER |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Chauncey Billups

Date: 11/04/2025

*Attorney's signature*

Marc L. Mukasey (MM 1185)
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022

*Address*

marc.mukasey@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*