# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cr-00314-RER |
| Aiello et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Chauncey Billups

Date: 11/05/2025

*Attorney's signature*

Torrey K. Young (5768239)
*Printed name and bar number*

MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022

*Address*

torrey.young@mukaseylaw.com
*E-mail address*

(212) 466-6400
*Telephone number*

*FAX number*