UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHAUNCEY BILLUPS, et al.<br><br>Defendant. | 1:25-CR-00314-(6)(RER) |

**NOTICE OF CHANGE OF ADDRESS AND FIRM**

To:     ATTORNEY SERVICES CLERK AND ALL PARTIES

Pursuant to Local Rule 1.3 of the United States District Court for the Eastern District of New York, please take notice of the following attorney information changes for:

Marc L. Mukasey

I am an attorney duly admitted to practice before the United States District Court for the Eastern District of New York, and currently have this case pending before the Court. Please note the change of firm name and change of address below.

Prior Firm Name and Contact Information:     MUKASEY YOUNG LLP
570 Lexington Avenue, Suite 3500
New York, New York 10022
(212) 466-6400
marc.mukasey@mukaseylaw.com

New Firm Name and Contact Information:     SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
mmukasey@seyfarth.com

I will continue to be counsel of record on the above-captioned case.

Dated:  New York, New York                      /s/ Marc L. Mukasey
        January 8, 2026                         Marc L. Mukasey