

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MWG/SMS/IC/KRA
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 3, 2026

<u>By ECF and E-Mail</u>

The Honorable Ramon E. Reyes, Jr.
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>United States v. Ernest Aiello, et al.</u>
        <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Reyes:

  The government respectfully submits this status report in advance of the second status conference scheduled for Wednesday, March 4, 2026, at 2:00 p.m. This letter addresses three topics: (1) the status of discovery; (2) the status of plea negotiations; and (3) a request to schedule the next status conference in 60 to 90 days.

I.  <u>Discovery</u>

  Since the first status conference on November 24, 2025, and the issuance of a protective order on December 12, 2025, the government has been producing discovery materials on a rolling basis. Thus far, the government has produced: (1) criminal history reports relating to the defendants; (2) materials relating to the defendants' arrests, including body worn camera footage, records concerning the defendants' arrests, and records concerning search warrants executed at several of the defendants' premises on the morning of their arrests; (3) electronic evidence seized from seven electronic devices and Apple iCloud accounts; (4) over 100,000 pages of financial records and telephone records; (5) over 800 pages of surveillance photographs; and (6) pole camera footage from 147 Lexington Avenue in Manhattan, which was approximately 1.37 terabytes of electronic data. The government has separately produced to individual defendants the full forensic extractions of electronic devices and iCloud accounts that belong to those individual defendants, and those productions total several terabytes of data.

  The government intends to continue making rolling productions of remaining discovery materials, which include (1) additional electronic evidence from numerous electronic devices that were seized from certain defendants on the date of arrest, which are still in the

process of being reviewed; (2) other records provided by third parties; and (3) search warrants and supporting affidavits.

II.     Plea Negotiations

The government expects to extend formal plea agreements to twelve defendants in the coming days. In addition, the government has had productive conversations with counsel for at least nine other defendants, and the government is reasonably optimistic that those conversations will lead to pretrial resolutions as to those defendants.

III.    The Next Status Conference

Finally, the government respectfully requests that the Court schedule the next status conference approximately 60 to 90 days from March 4, 2026. In the interim, the government intends to continue producing discovery, engaging in substantive plea negotiations with defense counsel, and scheduling change of plea hearings for defendants who intend to plead guilty.

The government has conferred with defense counsel regarding this proposal. As of the date of this filing, the government has not received any objections.

Relatedly, the government respectfully requests that the Court exclude time under the Speedy Trial Act from March 4, 2026, to the date of the next status conference. The Court has already designated this case as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), and the government further submits that such an exclusion of time would serve the ends of justice by permitting the government to continue producing discovery, the defendants to continue reviewing discovery materials, and the parties to continue engaging in plea negotiations.

The government has conferred with defense counsel as to this request, as well. As of the time of this filing, the government has not received any objections to this request, except that counsel for Curtis Meeks has indicated that his client may wish to proceed pro se and not consent to an exclusion of time under the Speedy Trial Act.

* * *

The government thanks the Court for its attention to this matter. The government will be prepared to address these issues or any other issues at the status conference this Wednesday.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Michael W. Gibaldi
Sean M. Sherman
Irisa Chen
Kamil R. Ammari
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (RER) (by ECF)
Counsel of Record (by ECF and E-Mail)