**United States District Court**
**Eastern District of New York**
**Judge REYES JR., RAMON E.**

Wednesday, March 4, 2026

**Room 2D N**

Court Reporter: Sophie Nolan
Ph:718-613-2622

02:00 PM

Criminal Cause for Status Conference

**Assistant United States Attorneys**

Irisa Chen
Michael W. Gibaldi
Sean M. Sherman
Kamil Ammari

**25cr00314**

**USA V. AIELLO ET AL**

*Deft.* 1 - ERNEST AIELLO    Retained Jeremy M Iandolo
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 2 - NELSON ALVAREZ    CJA Appointment Peter J. Guadagnino
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 3 - LOUIS APICELLA    Retained Shakira A. Fantauzzi
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 4 - AMMAR AWAWDEH    Retained Mark Lesko
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 5 - SAUL BECHER    CJA Appointment Avraham C. Moskowitz
In-person proceeding    not present. (Steve Brownstein appeared
On Bond    on behalf of Mr. Moskowitz)
Court Reporter Needed
CSO's Requested

*Deft.* 6 - CHAUNCEY BILLUPS    Retained Marc Lee Mukasey
In-person proceeding    Torrey K. Young
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 7 - MATTHEW DADDINO    Retained Gerard M. Marrone
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 8 - ERIC EARNEST    Retained Peter E. Brill not present. (David
In-person proceeding    Gray appeared on behalf of Mr. Brill)
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 9 - LEE FAMA    Charles V. Millioen
In-person proceeding    Federal Defenders of New York
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 10 - JOHN GALLO    Retained Ethan Van Buren
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 11 - MARCO GARZON    CJA Appointed Steven Lloyd Brounstein
In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 12 - THOMAS GELARDO    CJA Appointed Esereosonobrughue Joy Onaodowan

In Custody
Court Reporter Needed
In-person proceeding

*Deft.* 13 - JAMIE GILET   Retained Jason Gould

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 14 - TONY GOODSON   Retained David M. Eskew
John J. Rapawy

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 15 - KENNY HAN   Retained James Kousouros

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 16 - SHANE HENNEN   Retained Todd M Leventhal

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 17 - OSMAN HOTI   CJA Appointment Gary S. Villanueva

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 18 - HORATIO HU   Retained Eric E. Rothstein

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 19 - ZHEN HU   Retained Franklin A. Rothman & David Stern

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 20 - DAMON JONES   CJA Appointment Kenneth J. Montgomery

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 21 - JOSEPH LANNI   Retained Michael K. Bachrach

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 22 - JOHN MAZZOLA   Retained Jeff Alan Chabrowe

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 23 - CURTIS MEEKS   CJA Appointment Thomas H. Nooter

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 24 - NICHOLAS MINUCCI   Retained Scott E. Leemon

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 25 - MICHAEL RENZULLI   CJA Appointment Matthew J. Kluger

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 26 - ANGELO RUGGIERO   Retained James R. Froccaro

In Custody
Court Reporter Needed
In-person proceeding

*Deft.* 27 - ANTHONY SHNAYDERMAN   Retained Oliver S. Storch

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 28 - ROBERT STROUD    Retained Christopher C. Caffarone

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 29 - SETH TRUSTMAN    CJA Appointment John Curran

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 30 - SOPHIA WEI    CJA Appointment Jacqueline E. Cistaro

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*Deft.* 31 - JULIUS ZILIANI    Retained Marco Laracca

In-person proceeding
On Bond
Court Reporter Needed
CSO's Requested

*