

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH:MWG/SMS/KRA
F. #2024R00654

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 8, 2026

<u>By ECF and E-mail</u>

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Ernest Aiello et al.
>  <u>Criminal Docket No. 25-314 (RER)</u>

Dear Judge Reyes:

The government respectfully submits this letter in response to the motions filed by at least seven defendants for a thirty-day extension of time to file pretrial motions, which is currently set for July 10, 2026. <u>See</u> ECF Nos. 552, 553, 554. As set forth below, the government does not take a position on the moving defendants' request but respectfully submits that any adjournment of the deadline for pretrial motions must be accompanied by an adjournment of the trial date to ensure that the parties and the Court have sufficient time to prepare for trial.

At the status conference held on June 11, 2026, the Court recognized that an expedited resolution of pretrial motion was a necessary prerequisite to setting trial groups sufficiently in advance of the first trial date of November 2, 2026. Since the status conference, plea negotiations have accelerated with a number of defendants, and the government anticipates that there may be several requests for change of plea hearing dates in the coming weeks. The government agrees that adjournment of the current pretrial motion schedule would allow the parties to focus on plea negotiations and likely conserve judicial resources. Given that the accelerated pretrial motion schedule is necessary to set trial groups, however, the government respectfully submits that if the Court adjourns the date to file pretrial motions, the Court should

also adjourn the trial date.  As the Court is aware, trial in this matter will require the testimony of numerous witnesses, some of whom will be travelling from out of state.  Thus, if the Court is not inclined to adjourn the trial date of November 2, 2026, the government respectfully submits that the Court should deny the defendants' motions to adjourn motion deadlines.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:       /s/                                     
Michael W. Gibaldi
Sean M. Sherman
Kamil R. Ammari
Assistant U.S. Attorney
(718) 254-7000

cc:     Clerk of the Court (RER) (by ECF)
        Counsel of Record (by ECF)